NB:CCC
F.#2014R00668

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 06 2016   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

MERLYN BENITEZ,
    also known as "Frankie C,"

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 14-264 (S-6)(JS)
(T. 18, U.S.C. §§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2
and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

### BRANDISHING AND DISCHARGING A FIREARM DURING A CRIME OF VIOLENCE

In or about 2005, within the Eastern District of New York, the defendant MERLYN BENITEZ, also known as "Frankie C," together with others, did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the 2005 attempted assault of a rival gang member with a dangerous weapon in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(6), and did knowingly and intentionally possess said firearm in furtherance of such crime of violence, which firearm was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

ROBERT L. CAPERS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2014R00668
FORM DBD-34
JUN. 85

No.   14-CR-264 (S-6)(JS)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

MERLYN BENITEZ,
also known as "Frankie C,"

Defendant.

# SUPERSEDING INFORMATION

(T. 18, U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii),
2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

_____

*Christopher C. Caffarone, Assistant U.S. Attorney (631) 715-7868*