UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: |
| --- | --- | --- |
| | ) | 3:24-CR-00137-MOC-DCK |
| v. | ) | |
| | ) | **GOVERNMENT'S EXHIBIT LIST** |
| MERLYN BENITEZ | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney, and files its exhibit list in this case. The government reserves the right to add additional exhibits than those listed herein as may be referred to in the government's case file or as they may come to the attention of the government subsequent to the preparation of this list. The government further reserves the right to withdraw any exhibits listed herein at trial or prior thereto.

| EX. | ITEM | ID'D | REC'D | WITNESS |
| --- | --- | --- | --- | --- |
| 001 | USA_0024<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Page 2) | | | |
| 002 | USA_0036-0038<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Pages 14-16) | | | |
| 003 | USA_0098-0099<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Pages 76-77) | | | |
| 004 | USA_0109<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Page 87) | | | |
| 005 | USA_0142<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Page 120) | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 006 | USA_0153<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Page 131) | | | |
| 007 | USA_0162-0163<br>Merlyn Benitez Item 2 Apple iPhone SE (phone taken from Defendant's bedstand)_2025-06-12_TAGS Report (Pages 140-141) | | | |
| 008 | USA_0017-0022<br>Merlyn Benitez Item 15 Apple iPhone 15 (phone taken from Defendant's pocket)_2025-06-12_TAGS Report | | | |
| 009 | USA_0013<br>03/28/2022 Positive Drug Test Results | | | |
| 010 | USA_0012<br>09/07/2023 Positive Drug Test Results | | | |
| 011 | USA_0011<br>09/14/2023 THC Admission | | | |
| 012 | USA_0010<br>07/09/2024 Positive Drug Test Results | | | |
| 013 | USA_0174<br>Image 1 from 03-07-2024 Planned Search | | | |
| 014 | USA_0175<br>Image 2 from 03-07-2024 Planned Search | | | |
| 015 | USA_0176<br>Image 3 from 03-07-2024 Planned Search | | | |
| 016 | USA_0177<br>Image 4 from 03-07-2024 Planned Search | | | |
| 017 | USA_0178<br>Image 5 from 03-07-2024 Planned Search | | | |
| 018 | USA_0179<br>Image 6 from 03-07-2024 Planned Search | | | |
| 019 | USA_0180<br>Image 7 from 03-07-2024 Planned Search | | | |
| 020 | USA_0181<br>Image 8 from 03-07-2024 Planned Search | | | |
| 021 | USA_0182<br>Image - Blue Cookies 1 from 03-07-2024 Planned Search | | | |
| 022 | USA_0183<br>Image - Blue Cookies 2 from 03-07-2024 Planned Search | | | |

| EX. | ITEM | ID'D | REC'D | WITNESS |
|---|---|---|---|---|
| 023 | USA_0184<br>Image - Blue Cookies 3 from 03-07-2024 Planned Search | | | |
| 024 | USA_0185<br>BOP Letter 1 from 03-07-2024 Planned Search | | | |
| 025 | USA_0186<br>BOP Letter 2 from 03-07-2024 Planned Search | | | |
| 026 | USA_0187<br>Image - Digital Scale 1 from 03-07-2024 Planned Search | | | |
| 027 | USA_0188<br>Image - Digital Scale 2 from 03-07-2024 Planned Search | | | |
| 028 | RESERVED | | | |
| 029 | RESERVED | | | |
| 030 | RESERVED | | | |

Respectfully submitted this 17th day of June 2025.

RUSS FERGUSON

UNITED STATES ATTORNEY

/s/ Edward Ryan

_____
NJ Bar Number: 029931986
Edward Ryan
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 338-3134
Facsimile: (704) 344-6629
E-mail: Edward_Ryan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **United States' Exhibit List** was duly served through the ECF system upon the Defendant's counsel of record: John Dowling of Dowling Defense Group via email to: john@dowlingdefensegroup.com

*/s/ Edward Ryan*

_____
NJ Bar Number: 029931986
Edward Ryan
Assistant United States Attorney
United States Attorney's Office
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
Telephone: (704) 338-3134
Facsimile: (704) 344-6629
E-mail: Edward_Ryan@usdoj.gov